☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. (212) 637-2713

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
MOHAMED A. SALEH,                                           :
                                                            :     **STIPULATION AND ORDER**
                            Plaintiff,                      :     **OF REMAND**
                                                            :
            v.                                              :     07 Civ. 8273 (LTS) (KNF)
                                                            :
MICHAEL J. ASTRUE,                                          :
Commissioner of Social Security,                            :
                                                            :
                            Defendant.                      :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for

the defendant and the plaintiff pro se, that the decision of the Commissioner of Social Security

(the "Commissioner") denying plaintiff's claim for Medicare Prescription Drug Plan benefits be

remanded to the Commissioner for further administrative proceedings pursuant to the

Administrative Procedure Act, 5 U.S.C. § 701 et seq. The Clerk is directed to enter judgment.

Dated: New York, New York
February /2 , 2008

*[signature: Mohammed Saleh]*

MOHAMMED A. SALEH
Plaintiff Pro Se
2449 Buck Street, Apt. 3
Bronx, New York 10461
Telephone: (718) 828-0299

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: 2/12/08 */s/ [signature: D. Baird]*

SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

*[signature] 2/26/2008*

United States District Judge