UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MOHAMED A. SALEH,

           Plaintiff,

07 CIVIL 8273 (LTS)(KNF)

-against-

**JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,

           Defendant.

-----------------------------------------------------------X

      Whereas the parties having stipulated that this action be remanded to the Commissioner of Social Security for further administrative proceedings, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on February 12, 2008, having rendered its Order directing the Clerk of the Court to enter judgment remanding this matter to the Commissioner for further proceedings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 12, 2008, this action is remanded to the Commissioner of Social Security for further administrative proceedings.

**Dated:** New York, New York
       February 28, 2008

                                                            J. MICHAEL McMAHON

                                                                Clerk of Court

                           BY:

                                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____